No. 82. UNITED STATES *v.* DARBY. February 17, 1941. The opinion in this case is amended as follows: 12th line from the top of page 14, the following phrase is added after the word "overtime": "of 'not less than one and one-half times the regular rate' at which the worker is employed."

No. 330. OPP COTTON MILLS, INC., ET AL. *v.* ADMINISTRATOR OF THE WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR. February 17, 1941. The opinion in this case is amended as follows: 4th line from the top of page 14, strike the word "We" and insert the following phrase: "On the record before us, we".

No. 368. TYLER, EXECUTRIX, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.

March 3, 1941. Judgment affirmed per stipulation of counsel to abide the decision in *Helvering* v. *Le Gierse, ante,* p. 531. *Mr. Harry B. Betty* for petitioner. *Solicitor General Biddle* for respondent.